# EXHIBIT B

| 10/12/2007 | SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC | | |
|---|---|---|---|
| 1:38 PM | Slip Listing | Page | 1 |

---

## Selection Criteria

---

| Clie.Selection | Include: KOENIG, S/PATIENT CARE-UNGARET |
|---|---|

---

Rate Info - identifies rate source and level

| Slip ID | Attorney | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | | Bill Status | |
| Description | Matter | Variance | | |

**Nickname 1: none**

| 299569        EXP | EXPENSES | 1 | 5.00 | 5.00 |
|---|---|---|---|---|
| 3/6/2007 | Parking/Taxi | | | |
| WIP | KOENIG, S/PATIENT C | | | |
| Taxi to Bankruptcy Court to attend hearing  (MAS) | | | | |

Total: Parking/Taxi

| | Billable | 0.00 | | 5.00 |
|---|---|---|---|---|
| | Unbillable | 0.00 | | 0.00 |
| | Total | 0.00 | | 5.00 |

| 295388        EXP | EXPENSES | 57 | 0.10 | 5.70 |
|---|---|---|---|---|
| 2/28/2007 | Photocopy | | | |
| WIP | KOENIG, S/PATIENT C | | | |
| Photocopying - Motions: Applications to employ (PAC)  (Split between 5992 and 5993) | | | | |

Total: Photocopy

| | Billable | 0.00 | | 5.70 |
|---|---|---|---|---|
| | Unbillable | 0.00 | | 0.00 |
| | Total | 0.00 | | 5.70 |

| 295102        EXP | EXPENSES | 1 | 9.09 | 9.09 |
|---|---|---|---|---|
| 2/28/2007 | Postage | | | |
| WIP | KOENIG, S/PATIENT C | | | |
| Postage - 2/1/07 - 2/28/07 | | | | |

Total: Postage

| | Billable | 0.00 | | 9.09 |
|---|---|---|---|---|
| | Unbillable | 0.00 | | 0.00 |
| | Total | 0.00 | | 9.09 |

Total: none

| | Billable | 0.00 | | 19.79 |
|---|---|---|---|---|
| | Unbillable | 0.00 | | 0.00 |
| | Total | 0.00 | | 19.79 |

SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC
Slip Listing

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Attorney<br>Activity<br>Client<br>Matter | Units<br>DNB Time<br><br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| **Nickname 1: GENERAL INVESTIGATION** | | | | |
| 298737          TIME<br>3/22/2007<br>WIP<br>Online research of registration status/good<br>standing of Dr. Ungaretti in former states of<br>practice (.6); draft motion to extend time to file<br>ombudsman report (.6); review and edit draft<br>motion to establish confidentiality procedures (.3);<br>review and revise draft motion to extend (.2);<br>confers with I. Bodenstein concerning draft motions<br>(.2) | PAC<br>Legal Services<br>KOENIG, S/PATIENT C<br>GENERAL INVESTIGA | 1.90<br>0.00<br><br>0.00 | 240.00<br>T@16 | 456.00 |
| Total: Legal Services | | | | |
| | Billable<br>Unbillable<br>Total | 1.90<br>0.00<br>1.90 | | 456.00<br>0.00<br>456.00 |
| Total: GENERAL INVESTIGATION | | | | |
| | Billable<br>Unbillable<br>Total | 1.90<br>0.00<br>1.90 | | 456.00<br>0.00<br>456.00 |
| **Nickname 1: OMBUDSMAN'S REPORT** | | | | |
| 297794          TIME<br>3/20/2007<br>WIP<br>Meet with Trustee, Suzy Koenig, Joyce Ciyou and<br>Dr. Ungaretti re: information gathering for<br>ombudsman report | IB<br>Legal Services<br>KOENIG, S/PATIENT C<br>OMBUDSMAN'S REPO | 2.50<br>0.00<br><br>0.00 | 450.00<br>T@16 | 1125.00 |
| 305648          TIME<br>5/8/2007<br>WIP<br>Prepare Notice of Patient Care Ombudsman report<br>for filing (.2); Prepare outline of format for report (.5) | IB<br>Legal Services<br>KOENIG, S/PATIENT C<br>OMBUDSMAN'S REPO | 0.70<br>0.00<br><br>0.00 | 450.00<br>T@16 | 315.00 |
| 305762          TIME<br>5/9/2007<br>WIP<br>Prepare draft outline of Ombudsman Report | IB<br>Legal Services<br>KOENIG, S/PATIENT C<br>OMBUDSMAN'S REPO | 1.00<br>0.00<br><br>0.00 | 450.00<br>T@16 | 450.00 |
| 306968          TIME<br>5/21/2007<br>WIP<br>Prepare draft of Ombudsman Report | IB<br>Legal Services<br>KOENIG, S/PATIENT C<br>OMBUDSMAN'S REPO | 0.60<br>0.00<br><br>0.00 | 450.00<br>T@16 | 270.00 |

10/12/2007                    SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC
1:38 PM                                        Slip Listing                                              Page        3

| Slip ID | | Attorney | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | | Bill Status | |
| Description | | Matter | Variance | | |
| 307102 | TIME | IB | 1.00 | 450.00 | 450.00 |
| 5/22/2007 | | Legal Services | 0.00 | T@16 | |
| WIP | | KOENIG, S/PATIENT C | | | |
| Finalize draft of Ombudsman report for filing | | OMBUDSMAN'S REPO | 0.00 | | |
| | | | | | |
| 308867 | TIME | PAC | 0.50 | 240.00 | 120.00 |
| 5/22/2007 | | Legal Services | 0.00 | T@16 | |
| WIP | | KOENIG, S/PATIENT C | | | |
| Multiple conferences with I. Bodenstein concerning draft report (.4); review and edit same (.6); teleconference and email exchanges with S. Koenig concerning final comments to draft reports (.2) | | OMBUDSMAN'S REPO | 0.00 | | |
| | | | | | |
| 309029 | TIME | PAC | 1.30 | 240.00 | 312.00 |
| 5/24/2007 | | Legal Services | 0.00 | T@16 | |
| WIP | | KOENIG, S/PATIENT C | | | |
| Prepare for and attend hearing in Kane concerning status of case and Ombudsman's final report | | OMBUDSMAN'S REPO | 0.00 | | |
| | | | | | |
| 317850 | TIME | PAC | 0.80 | 265.00 | 212.00 |
| 7/13/2007 | | Legal Services | 0.00 | T@15 | |
| WIP | | KOENIG, S/PATIENT C | | | |
| Draft motion to discharge ombudsman (.4); draft related order (.2); efile same (.2) | | OMBUDSMAN'S REPO | 0.00 | | |
| | | | | | |
| 322800 | TIME | PAC | 3.00 | 265.00 | 795.00 |
| 8/2/2007 | | Legal Services | 0.00 | T@15 | |
| WIP | | KOENIG, S/PATIENT C | | | |
| Prepare for and attend hearing in Kane County concerning final discharge of ombudsman from cases | | OMBUDSMAN'S REPO | 0.00 | | |

| Total: Legal Services | | | | |
|---|---|---|---|---|
| | Billable | 11.40 | | 4049.00 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 11.40 | | 4049.00 |

| Total: OMBUDSMAN'S REPORT | | | | |
|---|---|---|---|---|
| | Billable | 11.40 | | 4049.00 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 11.40 | | 4049.00 |

SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC
Slip Listing

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Attorney<br>Activity<br>Client<br>Matter | Units<br>DNB Time<br><br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| **Nickname 1: PATIENT RECORDS** | | | | |
| 294726          TIME<br>2/27/2007<br>WIP<br>Review standards for review of patient records | IB<br>Legal Services<br>KOENIG, S/PATIENT C<br>PATIENT RECORDS | 0.50<br>0.00<br><br>0.00 | 450.00<br>T@16 | 225.00 |
| 297783          TIME<br>3/19/2007<br>WIP<br>Review HIPAA/Privacy issues for meeting with<br>Trustee, Suzy and Dr. Ungaretti | IB<br>Legal Services<br>KOENIG, S/PATIENT C<br>PATIENT RECORDS | 0.50<br>0.00<br><br>0.00 | 450.00<br>T@16 | 225.00 |
| 297936          TIME<br>3/20/2007<br>WIP<br>Review procedures for patient record review | IB<br>Legal Services<br>KOENIG, S/PATIENT C<br>PATIENT RECORDS | 0.80<br>0.00<br><br>0.00 | 450.00<br>T@16 | 360.00 |
| 298019          TIME<br>3/21/2007<br>WIP<br>Prepare Motion for Access to Patient Records<br>(1.2); Communicate with Richard Friedman re:<br>access issues (.1) | IB<br>Legal Services<br>KOENIG, S/PATIENT C<br>PATIENT RECORDS | 1.30<br>0.00<br><br>0.00 | 450.00<br>T@16 | 585.00 |
| 298349          TIME<br>3/22/2007<br>WIP<br>Revise drafts of Motion for Access to Patient<br>Records (1.0) and Motion to Extend Time to File<br>Report (.4) | IB<br>Legal Services<br>KOENIG, S/PATIENT C<br>PATIENT RECORDS | 1.40<br>0.00<br><br>0.00 | 450.00<br>T@16 | 630.00 |
| 298398          TIME<br>3/23/2007<br>WIP<br>Final revisions to motion to extend time (.2) and<br>motion for access to patient records (.6) | IB<br>Legal Services<br>KOENIG, S/PATIENT C<br>PATIENT RECORDS | 0.80<br>0.00<br><br>0.00 | 450.00<br>T@16 | 360.00 |
| 298750          TIME<br>3/23/2007<br>WIP<br>Continued drafting and revising patient<br>confidentiality motion (.8); continued drafting and<br>revising motion to extend time to file report (.8);<br>draft related orders (.6); efile same (.2) | PAC<br>Legal Services<br>KOENIG, S/PATIENT C<br>PATIENT RECORDS | 2.40<br>0.00<br><br>0.00 | 240.00<br>T@16 | 576.00 |
| 298943          TIME<br>3/27/2007<br>WIP<br>Research medical records retention/disposal | PAC<br>Legal Services<br>KOENIG, S/PATIENT C<br>PATIENT RECORDS | 0.50<br>0.00<br><br>0.00 | 240.00<br>T@16 | 120.00 |

10/12/2007                    SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC
1:38 PM                                          Slip Listing                                          Page      5

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Attorney<br>Activity<br>Client<br>Matter | Units<br>DNB Time<br><br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| requirements in Illinois | | | | |
| 299746          TIME<br>3/28/2007<br>WIP<br>Teleconference with IDPR concerning patient<br>record retention guidelines (.2); voice message<br>exchange with K. Schroch at IDPR concerning the<br>same (.1); confer with I. Bodenstein concerning the<br>same (.1) | PAC<br>Legal Services<br>KOENIG, S/PATIENT C<br>PATIENT RECORDS | 0.40<br>0.00<br><br>0.00 | 240.00<br>T@16 | 96.00 |
| 299610          TIME<br>3/29/2007<br>WIP<br>Prepare for Travel to and present Motion to Extend<br>Time to File Ombudsmans Report and Motion For<br>Access to Patient Records | IB<br>Legal Services<br>KOENIG, S/PATIENT C<br>PATIENT RECORDS | 2.00<br>0.00<br><br>0.00 | 450.00<br>T@16 | 900.00 |
| 309016          TIME<br>5/23/2007<br>WIP<br>Confer with I. Bodenstein concerning hearing on<br>5/24 and final report | PAC<br>Legal Services<br>KOENIG, S/PATIENT C<br>PATIENT RECORDS | 0.20<br>0.00<br><br>0.00 | 240.00<br>T@16 | 48.00 |

| | | | | |
|---|---|---|---|---|
| Total: Legal Services | Billable<br>Unbillable<br>Total | 10.80<br>0.00<br>10.80 | | 4125.00<br>0.00<br>4125.00 |
| Total: PATIENT RECORDS | Billable<br>Unbillable<br>Total | 10.80<br>0.00<br>10.80 | | 4125.00<br>0.00<br>4125.00 |

Nickname 1: PROFESSIONAL RETENTION AND FEES

| Slip | Attorney | Units | Rate | Slip Value |
|---|---|---|---|---|
| 295634          TIME<br>2/19/2007<br>WIP<br>Draft affidavit for S. Koenig in support of<br>appointment as ombudsman (.3); draft application<br>to employ SAK as medical advisor to ombudsman<br>(.4) | PAC<br>Legal Services<br>KOENIG, S/PATIENT C<br>PROFESSIONAL RET | 0.70<br>0.00<br><br>0.00 | 240.00<br>T@16 | 168.00 |

10/12/2007          SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC
1:38 PM                                    Slip Listing                                    Page      6

| Slip ID | | Attorney | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | | Bill Status | |
| Description | | Matter | Variance | | |
| 295699 | TIME | PAC | 0.20 | 240.00 | 48.00 |
| 2/22/2007 | | Legal Services | 0.00 | T@16 | |
| WIP | | KOENIG, S/PATIENT C | | | |
| Review and revise application to retain SAK | | PROFESSIONAL RET | 0.00 | | |
| 294391 | TIME | IB | 1.00 | 450.00 | 450.00 |
| 2/22/2007 | | Legal Services | 0.00 | T@16 | |
| WIP | | KOENIG, S/PATIENT C | | | |
| Revise draft Application to Employ Sak Management and Affidavit in Support of Suzy Koenig | | PROFESSIONAL RET | 0.00 | | |
| 295710 | TIME | PAC | 0.60 | 240.00 | 144.00 |
| 2/26/2007 | | Legal Services | 0.00 | T@16 | |
| WIP | | KOENIG, S/PATIENT C | | | |
| Revisions to draft application to employ Shaw Gussis | | PROFESSIONAL RET | 0.00 | | |
| 294537 | TIME | IB | 0.60 | 450.00 | 270.00 |
| 2/26/2007 | | Legal Services | 0.00 | T@16 | |
| WIP | | KOENIG, S/PATIENT C | | | |
| Revise Shaw Gussis and Sak Management retention applications and Affidavits in Support | | PROFESSIONAL RET | 0.00 | | |
| 295738 | TIME | PAC | 1.00 | 240.00 | 240.00 |
| 2/27/2007 | | Legal Services | 0.00 | T@16 | |
| WIP | | KOENIG, S/PATIENT C | | | |
| Draft application to employ Shaw Gussis (.5); draft proposed order for same (.2); final revisions to SAK and Shaw Gussis retenttion applications (.3) | | PROFESSIONAL RET | 0.00 | | |
| 295743 | TIME | PAC | 0.40 | 240.00 | 96.00 |
| 2/28/2007 | | Legal Services | 0.00 | T@16 | |
| WIP | | KOENIG, S/PATIENT C | | | |
| Efile applications to retain SAK and Shaw Gussis | | PROFESSIONAL RET | 0.00 | | |
| 298618 | TIME | PAC | 0.80 | 240.00 | 192.00 |
| 3/8/2007 | | Legal Services | 0.00 | T@16 | |
| WIP | | KOENIG, S/PATIENT C | | | |
| Prepare for and attend hearing in Geneva on applications to employ Shaw Gussis and SAK for ombudsman | | PROFESSIONAL RET | 0.00 | | |
| 328408 | TIME | VRG | 2.20 | 220.00 | 484.00 |
| 10/10/2007 | | Legal Services | 0.00 | T@16 | |
| WIP | | KOENIG, S/PATIENT C | | | |
| Confer with Patrick Clisham re: drafting fee applications for Suzanne Koenig and SAK Management for Ungaretti and Illinois Skin cases | | PROFESSIONAL RET | 0.00 | | |

10/12/2007                    SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC
1:38 PM                                          Slip Listing                                        Page      7

| Slip ID Dates and Time Posting Status Description | Attorney Activity Client Matter | Units DNB Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| (.1); Drafted and revised Ombudsman's First Interim Fee Application (2.2) | | | | |
| 328432            TIME | VRG | 0.50 | 220.00 | 110.00 |
| 10/11/2007 | Legal Services | 0.00 | T@16 | |
| WIP | KOENIG, S/PATIENT C | | | |
| Revised Ombudsman's First Interim Fee Application (.5) | PROFESSIONAL RET | 0.00 | | |
| Total: Legal Services | | | | |
| | Billable | 8.00 | | 2202.00 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 8.00 | | 2202.00 |
| Total: PROFESSIONAL RETENTION AND FEES | | | | |
| | Billable | 8.00 | | 2202.00 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 8.00 | | 2202.00 |
| Grand Total | | | | |
| | Billable | 32.10 | | 10851.79 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 32.10 | | 10851.79 |