# EXHIBIT A



**SAK** Management Services, LLC
Health Care **Turnaround** Specialists

4055 West Peterson Avenue, Suite 101, Chicago, Illinois 60646
Tel: 773.202.0000   Fax: 773.267.0111

**Darri Ann Ungaretti**                                              **Invoice Number: 684**

**Statement of Professional Services Rendered Through**    **February 2007 - May 2007**
**Summary:**

|   |   |   | Hours | Rate | Amount |
|---|---|---|---|---|---|
| SK | Koenig, Suzanne - Patient Care Ombudsman | | 4.50 | 350.00 | 1,575.00 |
| JC | Ciyou, Joyce - RN | | 3.00 | 300.00 | 900.00 |
| ECA | Ciyou - Allee, Elizabeth - RN | | 1.00 | 275.00 | 275.00 |
|   |   |   | **8.50** |   | **$2,750.00** |

### Task Code Summary

|   |   | Hours | Amount |
|---|---|---|---|
| CA | Case Administration | 1.90 | 665.00 |
| DA | Data Analysis | 5.10 | 1,590.00 |
| RP | Report Preparation | 1.80 | 495.00 |
|   |   | **8.80** | **2,750.00** |

Total professional services   $2,750.00
**Total current charges**   **$2,750.00**

Amount Paid   2,500.00

**Balance Due**   **250.00**



**SAK** Management Services, LLC
Health Care **Turnaround** Specialists

4055 West Peterson Avenue, Suite 101, Chicago, Illinois 60646
Tel: 773.202.0000   Fax: 773.267.0111

**Statement of Professional Services Rendered**                **February 2007 - May 2007**
Koenig, Suzanne - Patient Care Ombudsman

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
|  | **Case Administration** |  |  |  |  |  |
| 2/15/2007 | SK | Reviewed Contacts of Creditors and Conflict search- |  | 0.80 | 350.00 | 280.00 |
| 2/22/2007 | SK | Reviewed Final notice of appointment of PCO for Illinois Skin and Dr Ungaretti |  | 0.20 | 350.00 | 70.00 |
| 3/23/2007 | SK | Reviewed Motion of Patient Care Ombudsman to Extend Time to File Initial Report and Motion To Approve Procedures For Ombudsman To Review Patient Information, To Provide Notice Of Reports To Patients and For Related Relief |  | 0.90 | 350.00 | 315.00 |
|  |  | **Task Code Total** |  | **1.90** |  | **665.00** |

**Statement of Professional Services Rendered**                **February 2007 - May 2007**
Koenig, Suzanne - Patient Care Ombudsman (Continued)

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
|  | **Data Analysis** |  |  |  |  |  |
| 3/20/2007 | SK | Site Visit to Dr Ungaretti's office to meet the Chapter 7 Trustee, Tom Springer, to discuss the scope of the case in regards to patient record retention, availability of records to patients, communication to patients for continued treatment |  | 0.90 | 350.00 | 315.00 |
| 5/15/2007 | SK | Reviewed Medical Record Review of 21 patients prepared by SAK Management Services, LLC |  | 0.70 | 350.00 | 245.00 |
|  |  | **Task Code Total** |  | **1.60** |  | **560.00** |
|  | **Report Preparation** |  |  |  |  |  |
| 5/21/2007 | SK | Correspondence with I. Bodenstein (Shaw Gussis) for review of report with a compare for revisions document |  | 0.50 | 350.00 | 175.00 |
| 5/22/2007 | SK | Final draft review of PCO Report for Conclusion |  | 0.50 | 350.00 | 175.00 |
|  |  | **Task Code Total** |  | **1.00** |  | **350.00** |



**SAK** Management Services, LLC
Health Care **Turnaround** Specialists

4055 West Peterson Avenue, Suite 101, Chicago, Illinois 60646
Tel: 773.202.0000   Fax: 773.267.0111

**Statement of Professional Services Rendered**                          February 2007 - May 2007
Koenig, Suzanne - Patient Care Ombudsman (Continued)

|  |  | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| **Summary:** | | | | |
| Total professional services | | | | $1,575.00 |
| **Net current charges** | | | | **$1,575.00** |
| | | | | |
| SK | Koenig, Suzanne | 4.50 | | 1,575.00 |
| | | 4.50 | | $1,575.00 |

**Task Code Summary**

|  |  | Hours | Amount |
|---|---|---:|---:|
| CA | Case Administration | 1.90 | 665.00 |
| DA | Data Analysis | 1.60 | 560.00 |
| RP | Report Preparation | 1.00 | 350.00 |
| | | **4.50** | **1,575.00** |



**SAK** Management Services, LLC
Health Care **Turnaround** Specialists

4055 West Peterson Avenue, Suite 101, Chicago, Illinois 60646
Tel: 773.202.0000  Fax: 773.267.0111

**Statement of Professional Services Rendered**  **February 2007 - May 2007**
Ciyou, Joyce - RN

| Date | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | **Data Analysis** | | | |
| 3/20/2007 | JC | Site Visit to Dr Ungaretti's office to meet the Chapter 7 Trustee, Tom Springer, to discuss the issues of the case in regards to patient record retention, availability of records to patients, communication to patients for continued treatment | 0.90 | 300.00 | 270.00 |
| 5/16/2007 | JC | Telephoned 10 patients of Dr Ungaretti at their home to review and discuss their medical care delivered by Dr Ungaretti. | 1.80 | 300.00 | 540.00 |
| | | **Task Code Total** | **2.70** | | **810.00** |
| | | **Report Preparation** | | | |
| 5/22/2007 | JC | Gave input to PCO for revisions to report. | 0.30 | 300.00 | 90.00 |
| | | **Task Code Total** | **0.30** | | **90.00** |

**Summary:**

| | | |
|---|---|---|
| Total professional services | | $900.00 |
| **Net current charges** | | **$900.00** |

| Code | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| JC | Ciyou, Joyce | 3.00 | 300.00 | $900.00 |
| | | 3.00 | | $900.00 |

**Task Code Summary**

| Code | Task | Hours | Amount |
|---|---|---|---|
| DA | Data Analysis | 2.70 | 810.00 |
| RP | Report Preparation | 0.30 | 90.00 |
| | | **3.00** | **900.00** |



**SAK** Management Services, LLC
Health Care **Turnaround** Specialists

4055 West Peterson Avenue, Suite 101, Chicago, Illinois 60646
Tel: 773.202.0000   Fax: 773.267.0111

**Statement of Professional Services Rendered**          **February 2007 - May 2007**
Ciyou - Allee, Elizabeth - RN

| Date | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | **Data Analysis** | | | |
| 2/23/2007 | ECA | Conducted Research on Patient Records Retention for physician practices | 0.80 | 275.00 | 220.00 |
| | | **Task Code Total** | **0.80** | | **220.00** |
| | | **Report Preparation** | | | |
| 5/22/2007 | ECA | Gave input on revisions for the report to the PCO | 0.20 | 275.00 | 55.00 |
| | | **Task Code Total** | **0.20** | | **55.00** |

**Summary:**

| | |
|---|---|
| Total professional services | $275.00 |
| **Net current charges** | **$275.00** |

| Code | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| ECA | Ciyou - Allee, Elizabeth | 1.00 | 275.00 | $275.00 |
| | | 1.00 | | $275.00 |

**Task Code Summary**

| Code | Task | Hours | Amount |
|---|---|---|---|
| DA | Data Analysis | 0.80 | 220.00 |
| RP | Report Preparation | 0.50 | 55.00 |
| | | **1.30** | **275.00** |