# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | | |
|---|---|---|---|
| IN RE: | ) | Chapter: | 7 |
| | ) | | |
| DARI ANN UNGARETTI, | ) | Case No.: | 06-16094 |
| | ) | | |
| Debtor. | ) | Judge: | Hon. Manuel Barbosa |

## FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS GENERAL COUNSEL TO THE TRUSTEE

**NOW COMES** Thomas E. Springer, Esq. and the law firm of Springer, Brown, Covey, Gaertner & Davis, LLC (herein "Applicant"), as duly authorized counsel to the Trustee, THOMAS E. SPRINGER, (herein the "Trustee") and respectfully requests the entry of an Order for the allowance and payment of compensation and reimbursement of expenses for services rendered and expenses incurred as counsel to the Trustee, pursuant to §330 of the United States Bankruptcy Code and applicable Federal Rules of Bankruptcy Procedure, and in support hereof, states to the Court as follows:

## I. INTRODUCTION

This Application encompasses the time period from January 18, 2007 through April 10, 2009**. Preparation of Applicant's current Final Fee Application is not included because the estate is administratively insolvent.** The Application represents 9.2 hours of legal services provided to the Trustee. Applicant has neither previously requested nor obtained approval for payment of interim compensation or reimbursement of expenses. This Application seeks approval of legal fees in the amount of $2,990.00 and $0.00 for actual and necessary unreimbursed expenses, to the extent of available estate funds after all other claims have been paid 100% of their allowed claims.

The Debtor initiated this bankruptcy proceeding with the filing of a voluntary Petition under Chapter 7 of the United States Bankruptcy Code on December 6, 2006 and Thomas E. Springer was appointed as the Chapter 7 Trustee herein. On January 25, 2009, this Court entered an Order authorizing the Trustee to retain Applicant as legal counsel. The hourly rates of

Applicant is competitive with the rates charged in this market by professionals with similar skills and experience, as disclosed and summarized in the Cover Sheet to this Application for Compensation and Reimbursement of Expenses.

## II.   CASE STATUS and NARRATIVE OF LEGAL SERVICES

The Debtor filed its Chapter 7 proceeding on December 6, 2006.  The related/companion case of Illinois Skin, Inc., the Debtor's dermatology practice, was filed simultaneously with this case. The Debtor was a physician/dermatologist and as a result, was determined to be a health care provider under the unique and newly created definition thereof as promulgated and enacted into law by the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 ("BAPCPA").  Accordingly, this case (and the related Estate of Illinois Skin, Inc., case no. 06-16098 concurrently pending before the Court) was one of, if not the first, Chapter 7 estate in the Northern District Illinois Bankruptcy Court to implicate and require application and analysis of the relevant new Health Care provider sections of BAPCPA.  The designation of the Debtor as a Health Care provider mandated appointment and ultimate approval by this Court of the Medical Ombudsman, the Ombudsman's employees and staff, and the Ombudsman's legal counsel.  This multiple additional tiering of professionals in the estate created and required administrative and legal services by the Trustee and Trustee's counsel that would not otherwise be present in a non-health care provider estate. The Debtor's only scheduled assets were possible tax refunds from 2004 and 2005.   The Debtor's filed Schedule C  exempted the Debtor's interest in "2004 and 2005 tax refunds, if any" in the claimed exemption amount of "100%" pursuant to 735 ILCS 5/12-1001(b).     On March 1, 2007, Applicant filed an Objection to the Debtor's claimed exemptions regarding the tax refunds.  The parties resolved the exemption issue and on March 8, 2007, an Order was entered disallowing the 100% exemption in the refunds and allowing the Debtor an exemption of $1,482.85 in the refunds.  The remainder of the refunds, $9,394.15, were turned over to the Trustee by the Debtor.

The Trustee reviewed the claims filed and supporting documents.  Because the estate is administratively insolvent, it was only necessary for Applicant to file an objection to the secured claim. On April 16, 2009, an Order disallowing the secured claim as a claim of the Bankruptcy Estate was entered.

Applicant herein provided and maintained the normal and ordinary legal services to the Trustee in monitoring and overseeing liquidation and administration of the assets and coordinating efforts of the administration with the Trustee in the related Estate.

The Trustee has made three Court authorized disbursements from the Estate account for attorneys' fees and ombudsman compensation totaling $5,250.00. An additional disbursement in the amount of $3.32 was made to International Sureties on February 9, 2009 as and for the estate's portion of the Trustee's bond. No other disbursements have been made. As of April 21, 2009, there remains $4,189.92 in the Estate account. The accrued unpaid administrative expenses include the Trustee's compensation, and Applicant's pending Fee Application and Trustee's Accountant's compensation and expenses. Subject to Court approval, the estimated total amount of such unpaid administrative expenses is $5,694.62. Applicant has agreed to accept a reduced fee in Order for the other administrative claims to be paid 100%. Applicant fees will be paid a reduced percentage of 49.7%.

Itemized time entries for all Applicants' services to this Bankruptcy Estate are attached hereto as Exhibit "A".

**WHEREFORE,** Applicant, Thomas E. Springer respectfully requests that Trustee's Attorneys' fees in the amount of $2,990.00 be approved as reasonable and appropriate and that payment be authorized to the extent of available funds after all other administrative claims are paid 100%, upon entry of the Order approving such payment and for any such other and further relief as this Court deems just and equitable.

DATE: April 21, 2009                    Respectfully Submitted,
                                        APPLICANT
                                        Thomas E. Springer, Trustee

                                        BY: Springer, Brown, Covey, Gaertner & Davis, LLC

                                        By:    /s/ Thomas E. Springer
                                               Thomas E. Springer
                                               One of His Attorneys

Thomas E. Springer (ARDC #6207761)
Springer, Brown, Covey, Gaertner & Davis, LLC
400 S. County Farm Road, Suite 330
Wheaton, IL  60187
 (630) 510-0000

**ATTORNEY TIME**

| 06-16094 UNGARETTI | | | | |
|---|---|---|---|---|
| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
| 01/18/07 | Prepare, file and cause to serve Motion to Employ Counsel Springer Brown on behalf of Trustee. | 1.0 | $ 325.00 | TES |
| 01/25/07 | Court appearance on Motion to Employ Counsel to Trustee. | 0.3 | $ 97.50 | TES |
| 02/19/07 | Receipt and review of Motion for Relief of Stay by Option One Mortgage. | 0.2 | $ 65.00 | TES |
| 02/28/07 | Receipt and review of Application to Employ Counsel to the Ombudsman and SAK Management Services as medical advisors to the ombudsman. | 0.5 | $ 162.50 | TES |
| 03/01/07 | Prepare, file and cause to serve Trustees Objection to Debtors Claim Exemption. | 1.0 | $ 325.00 | TES |
| 03/08/07 | Court appearance on Trustees Objection to Debtors Claim Exemption, order entered. | 0.5 | $ 162.50 | TES |
| 03/23/07 | Receipt and review of Motion to Extend Time to File Initial Report of Patient Care Ombudsman. | 0.3 | $ 97.50 | TES |
| 03/23/07 | Receipt and review of Motion to Approve Procedures for Ombudsman to review patient information and notice of reports to patients. | 0.3 | $ 97.50 | TES |
| 05/04/07 | Prepare, file and cause to be served Motion to Authorize Trustee to Transfer Patient Records. | 2.0 | $ 650.00 | TES |
| 05/09/07 | Receipt and review of patient care ombudsman report. | 0.5 | $ 162.50 | TES |
| 05/24/07 | Court appearance on Motion to Authorize Trustee to Transfer Patient Records. Order entered. | 0.5 | $ 162.50 | TES |
| 07/13/07 | Receipt and review of Motion to Approve Discharge of Duties by Ombudsman. | 0.3 | $ 97.50 | TES |
| 08/09/07 | Preparation of filing of Letter of Compliance by trustee. | 1.0 | $ 325.00 | TES |
| 04/03/08 | Preparation, filing and cause to be filed Motion for Application to Employ Accountants by Trustee. | 0.5 | $ 162.50 | TES |
| 04/10/08 | Court Appearance on Motion for Application to Employ Accountants by Trustee, order entered. | 0.3 | $ 97.50 | TES |
| | Totals | 9.2 | $ 2,990.00 | |

EXHIBIT A