# UNITED STATES BANKRUPTCY COURT
## NORTHERN  DISTRICT OF  ILLINOIS

| | | |
|---|---|---|
| In re: | § | Case No. 06-16094 MB |
| UNGARETTI, DARI ANN | § | |
| | § | |
| Debtors | § | |
| | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that THOMAS E. SPRINGER, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications.

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 9,443.30 |
| *and approved disbursements of* | $ | 5,253.32 |
| *leaving a balance of* | $ | 4,189.98 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| *NA* | $ NA |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Trustee: THOMAS E. SPRINGER, TRUSTEE* | $ 1,694.33 | $ 0.00 |
| *Attorney for trustee: Thomas E. Springer* | $ 1,485.35 | $ 0.00 |
| *Appraiser:* | $ | $ |
| *Auctioneer:* | $ | $ |
| *Accountant: Alan D. Lasko, CPA* | $ 995.95 | $ 0.00 |
| *Special Attorney for trustee:* | $ | $ |

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Charges:* _____ | $_____ | $_____ |
| *Fees:* _____ | $_____ | $_____ |
| *Other: Alan D. Lasko, CPA* _____ | $ 0.00 | $ 14.35 |
| *Other:* _____ | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Attorney for debtor:* _____ | $_____ | $_____ |
| *Attorney for:* _____ | $_____ | $_____ |
| *Accountant for:* _____ | $_____ | $_____ |
| *Appraiser for:* _____ | $_____ | $_____ |
| *Other: NA* _____ | $ NA | $ NA |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NA_____ | NA_____ | $ NA_____ | $ NA_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 298,969.89  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Deborah A. Lawson | $ 206,782.00 | $ 0.00 |
| 2 | Hica Education Loan Corp | $ 38,894.32 | $ 0.00 |
| 3 | Yellow Page Authority | $ 83.41 | $ 0.00 |
| 4 | Yellow Page Authority | $ 83.41 | $ 0.00 |
| 6 | Elgin II MOB Owners, LLC | $ 16,786.70 | $ 0.00 |
| 7 | Provena St. Joseph Hospital | $ 36,340.05 | $ 0.00 |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NA | NA | $ NA | $ NA |
|  |  | $ | $ |
|  |  | $ | $ |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NA | NA | $ NA | $ NA |
|  |  | $ | $ |
|  |  | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

The trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report

will be held at  10:00 AM  on  07/16/2009  in Courtroom  140 ,

Kane County Courthouse

100 S. Third Street

Geneva, Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date:  05/26/2009                         By:/s/THOMAS E. SPRINGER, TRUSTEE

Trustee

*THOMAS E. SPRINGER, TRUSTEE*

*400 S. County Farm Road, Suite 330, Wheaton, IL 60187*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dcarroll          Page 1 of 1          Date Rcvd: May 28, 2009
Case: 06-16094               Form ID: pdf006          Total Served: 26

The following entities were served by first class mail on May 30, 2009.
```
db          +Dari Ann Ungaretti,  254 Spring Cove Drive,   Elgin, IL 60123-3264
aty         +G. Alexander McTavish,  Myler, Ruddy & McTavish,  105 E. Galena Blvd.,   8th Floor,
             Aurora, IL 60505-3338
aty         +Thomas E Springer,   Springer, Brown, Covey, Gaertner & Davis,   400 S. County Farm Road,
             Suite 330,   Wheaton, IL 60187-4547
tr          +Thomas E Springer,   Springer, Brown, Covey, Gaertner & Davis,   400 South County Farm Road,
             Suite 330,   Wheaton, IL 60187-4547
11076344    +AT&T,   POB 8100,   Aurora IL 60507-8100
11076335    +AT&T,   Bankruptcy Department,   PO Box 769,   Arlington TX 76004-0769
11702001    +C & J Leasing,   c/o Angileri & Associates,   6900 Main Street,   Downers Grove, IL 60516-3454
11048233     Capital One Mastercard,   P.O. Box 30285,   Salt Lake City, UT 84130-0285
11048232    +Capital One Mastercard,   C/O TSYS Debt Management,   PO Box 5155,   Norcross, GA 30091-5155
11048234    +Capital One Visa,   C/O TSYS Debt Management,   PO Box 5155,   Norcross, GA 30091-5155
11048235     Capital One Visa,   P.O. Box 30285,   Salt Lake City, UT 84130-0285
11048236    +Deborah A. Lawson,   C/O Maloney & Craven, P.C.,   2093 Rand Road,   Des Plaines, IL 60016-4727
11048237    +Elgin II MOB Owner, LLC,   11360 Jog Road,   Suite 200,   Palm Beach Gardens, FL 33418-1751
11219400    +Elgin II MOB Owners, LLC,   Randall & Kenig,   455 N Cityfront Plaza Ste 2510,
             Chicago IL 60611-5323
11184332    +Hica Education Loan Corp,   c/o Sallie Mae Inc,   220 Lasley Avenue,
             Wilkes-Barre, Pa 18706-1430
11048240   ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
             PHILADELPHIA PA 19114-0326
            (address filed with court:  Internal Revenue Service,   PO Box 21126,   Philadelphia, PA 19114)
11048238     Illinois Department of Revenue Bankruptcy Section,   P.O. Box 64338,   Chicago, IL 60664-0338
11048239    +Illinois Skin, Inc.,   1975 Lin Lor Lane,   Suite 205,   Elgin, IL 60123-4946
11048241    +Kane County Collector,   Kane County Government Center,   719 S. Batavis Ave., Bldg. A,
             Geneva, IL 60134-3077
11048242    +Option One Mortgage,   1270 Northland Drive Ste 200,   Mendota Heights MN 55120-1176
11212343    +Option One Mortgage,   6501 Irvine Center Drive,   Irvine, CA 92618-2118
11048243     Provena St. Joseph Hospital,   C/O Pellettieri & Hennings, P.C.,   P.O. Box 189,
             Lombard, IL 60148-0189
11076345    +Ricoh Corp,   c/o Richoh Business Systems,   POB 73213,   Chicago IL 60673-0001
11048244     Sallie Mae Servicing Corporation,   P.O. Box 9500,   Wilkes Barre, PA 18773-9500
11076346     Yellow Page Authority,   8940 W 192nd Street Ste D,   Mokena IL 60448-8137
```

The following entities were served by electronic transmission on May 29, 2009.
```
11076336    +E-mail/Text: brandy.glashin@comed.com                    ComEd Company,
             Attn Revenue Management Dept,   2100 Swift Drive,   Oak Brook IL 60523-1559
                                                                                        TOTAL: 1
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 30, 2009                    Signature:    _Joseph Speetjens_